Receipt 11092274

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

DRETTALOUISE B. QUINN           B-06-00625-K

                    Debtor

        IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Niagara Frontier Credit Bureau, 2333 Elmwood Avenue, Buffalo, NY 14217-2646.

        AND IT

        FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

        Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $462.38 representing unclaimed funds belonging to the above-named creditor.

Dated: August 18, 2011            _____
                                            ALBERT J. MOGAVERO
                                            CHAPTER 13 TRUSTEE



FILED AUG 22 2011 BANKRUPTCY COURT BUFFALO, N.Y.