1109242S
$211.01
9/21/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:    UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 211.01

IN CHECK # 15738 FOR $211.01
Representing unclaimed funds

DATED: 9-15-2011

FILED SEP 21 2011 BANKRUPTCY COURT BUFFALO, N.Y.

_____
ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 185939 | QUINN | 0600625 | 14.73 | DRETTALOUISE B QUINN | 2493 WHITNEY AVE. | | NIAGARA FALLS | NY | 14301 |
| 185946 | LEE | 0601650 | 112.04 | ROY & JANICE LEE | 2769 WEST AVENUE | | NEWFANE | NY | 14108 |
| 185962 | MUNNO, SR. | 0603422 | 1.54 | PETER MUNNO, SR. & LAURIE MU | 647 BLAIRVILLE ROAD | | YOUNGSTOWN | NY | 14174 |
| 185966 | DAWKINS | 0603819 | 5.00 | RUDY & FRANCES DAWKINS | 714 NORFOLK AVE. | | BUFFALO | NY | 14215 |
| 185977 | EIMERS | 0701955 | 10.90 | DONALD G EIMERS | 6035 JOYCE STREET | | HARBORCREEK | PA | 164211634 |
| 185982 | QUINN | 0703416 | 5.00 | TODD A QUINN | 5640 ROUTE 219 | | GREAT VALLEY | NY | 147419708 |
| 185986 | BOWERS, III | 0704025 | 5.01 | CHARLES E BOWERS, III | 32 EDEN ST. | | BUFFALO | NY | 14220 |
| 185993 | DEARBORN | 0810733 | 5.00 | PHILLIP A DEARBORN | 144 GRANT ST. | | LOCKPORT | NY | 14094 |
| 185997 | PIPPEN | 0811533 | 11.77 | LYNELL R PIPPEN | 535 SHIRLEY AVE. | | BUFFALO | NY | 14215 |
| 186001 | CLEVELAND | 0814066 | 5.00 | KRISTA M CLEVELAND | 767 BLAIRVILLE ROAD | | YOUNGSTOWN | NY | 14174 |
| 186006 | PAVLOCK | 0815389 | 5.00 | KATHERINE J PAVLOCK | 447 EMERSON DRIVE | | AMHERST | NY | 14226 |
| 186011 | CALERI | 0911660 | 5.01 | ROBERT D CALERI | 145 KLAS AVENUE | | WEST SENECA | NY | 142241829 |
| 186015 | WILLIAMSON | 0912983 | 5.00 | WILLIAM & KIMBERLY WILLIAMSO | 7408 SUNNYDALE ROAD | | NIAGARA FALLS | NY | 14304 |
| 186018 | KOWAL, JR. | 0913590 | 5.00 | STANLEY KOWAL, JR. & MARY KO | 135 COLBY ST. | | CHEEKTOWAGA | NY | 14206 |
| 186028 | BRINKWORTH | 0916037 | 5.00 | PAMELA R BRINKWORTH | 85 ROYCROFT BLVD. | | BUFFALO | NY | 14226 |
| 186039 | GAGLIONE, SR. | 1013059 | 5.00 | JAMES GAGLIONE, SR. & MARGAR | 3624 COLUMBIA STREET | | HAMBURG | NY | 14075 |
| 186043 | GETZ | 1013602 | 5.01 | KATHLEEN GETZ | 156 IROQUOIS AVENUE | | LANCASTER | NY | 14086 |
| | | | $211.01 | | | | | | |